IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J. MICHAEL FRAZIER and<br>DEBORAH FRAZIER,<br><br>    Appellants,<br><br>v.<br><br>HOWARD POMEROY and<br>EDNA POMEROY,<br><br>    Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 3:08-0525<br>)   Judge Trauger<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the April 2, 2008, judgment of the Bankruptcy Court in *In re Pomeroy*, No. 07-00517 (Bankruptcy Court Docket No. 87) is **AFFIRMED**.

It is so ordered.

Enter this 25th day of November 2008.

ALETA A. TRAUGER
United States District Judge